# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

**REHEARING ACTION: February 24, 2016**

**Docket Number: 15   00504-CA**

**STEPHEN MICHAEL "DUKE" ALLGOOD, ET UX.**
**VERSUS**
**ROCH BORDELON, ET AL.**

**Appealed from Avoyelles Parish Case No. 2009-3899-A**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. James T. Genovese**
    **Hon. Shannon J. Gremillion**
    **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application for rehearing filed by **Stephen Michael "Duke" Allgood and Patricia Allgood** and the application for rehearing filed by the **Avoyelles Parish School Board** have this day been

    **GRANTED. (See opinion on rehearing)**

cc: Howard Battle Gist, III, Counsel for the Appellee
   Rodney Marchive Rabalais, Counsel for the Appellee
   Victor Herbert Sooter, Counsel for the Appellant